Keith Thomas
CDCT-67108
CSP-SACRA mento
Ad-Seg PAT cell-104
P.O. Box 290007
Represa, CA. 95671

CASE NUMBER  1:07CV00069

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: FOIA/Privacy Act

UNDATE STAMP: 01/13/2007

FOR THE DISTRICT OF Columbia

**FILED**

JAN 12 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Keith Thomas
Plaintiff

v

John Doe chief commissioner
of Federal communication commission
Defendants

complaint pursuant
Bivens v. six Named Agents of Federal
Bureau of NARcotics, 403 U.S. 388
(1971)
Administrative procedure Act
Federal Tort claims Act
14th Amendment sec 2

## Jurisdiction & venue

1. This is a civil Action Under Bivens V. Six named Agents of Federal Bureau of NARCotics, 403 U.S. 388 (1971), Administrative procedure Act, Federal Tort Claims Act And the 14th Amendment sec 2, Federal Law of Rights secured by the constitution of the United states.

2. This court has jurisdiction Under Bivens V. six named Agents of Federal Bureau of NARCotics, 403. U.S. 388 (1971) And 28. U.S.C section 1331 And 1343 (A) (3).

3. The District of columbia of washington D.C is an Appropriate venue Under 28. U.S.C section 1391 (b)(2), because it is where the events giving Rise to this claim occured.

## Plaintiff

1. Plaintiff, Keith Thomas, is And all time mentioned herein A prisoner of the state of california in the custody of the california department of correction And is currently confined california sacramento prison.

## Defendants

2. Defendant John Doe, chief commissioner of the Federal communication

**RECEIVED**

DEC 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

commission. And responsible for establishing Indands, for the FCC.

## Statement of facts

Plaintiff herein allege that he is confine in the California department of correction, and has written to the Federal communication commission for the purpose of obtaining literature to address the matter of telephone, radio And cable - television operation

The Plaintiff is a party to the Class Action Lawsuit title, Tom Lundberg, et Plaintiff, VS. Sprint corporation, eta defendant case No. 02 CV-4551 Division No 3, chapter 60; Greg Benney, et al Plaintiff vs Sprint International communication Corp, et al, Defendant, case No 05-CV-1422 Division No. 3 chapter 60. See Exhibit A, In the District court of Wynndotte county Kansas Twenty-Ninth Judicial District motion(20 pages)

The Plaintiff file letter to the defendant John Doe, chief commissioner about the herein case above about solving the standard involving Sprint making mistending and deceptive statement regarding the regulatory Fee, Sprint breeched of it's contract, charging the regulatory Fee, Hiding a high rate increase in the monthly billing statement, and collecting the Regulatory fees. The Plaintiff has requested by his letter a copy of the C.F.R and F.C.C.R to address the matter in the case herein mention above.

The Plaintiff has been deprive the right although the administrative procedure Act to solve the problem of the employees solving the matter with sprints. And has been deprive the entitle right to obtain a copy of the C.F.R and F.C.C.R through the Freedom of Information Act

## legal claim

violation of the administrative procedure act, and Federal tort claim Act, Freedom of information Act, and 14th amendment sec.2, nor shall any state deprive a person of life, liberty or property and due process of the Law." The defendant John Doe violated the Plaintiff's right herein mention.

2

Prayer for Relief

wherefore, Plaintiff respecfully prays that this court enter Judgment granting Plaintiff:

1. grant summary Judgment to the Plaintiff

2. order the defendant John Doe to solve the matter with sprints.

3. order the defendant John Doe, to give the Plaintiff a copy of the C.F.R and F.C.C.R

4. Demand for Jury trial

5. Any additional relief this court deems Just, pauper, and equitable.

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct

Dated: Dec 19, 2006

Respectfully submitted

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: _____ pages.

JURISDICTION: (Check only one)

- ☐ Municipal Court
- ☐ Superior Court
- ☐ Appellate Court
- ☐ State Supreme Court
- ☐ United States District Court
- ☐ State Circuit Court
- ☐ United States Supreme Court
- ☐ Grand Jury

Keith Thomas
CDC T-67081
CSP-Sacramento
Ad-seg FA7 Cell-104
P.O. Box 290001
Represa, CA. 95671

IN THE DISTRICT COURT OF WYANDOTTE COUNTY
KANSAS TWENTY-NINTH Judicial DISTRICT

Tom Lundberg
Keith Thomas, et al
                Plaintiff

vs

Sprint Corporation, et al
                Defendants

CASE NO. 02-CV-4551
DIVISION NO. 3
Chapter 60

Greg Benney
Keith Thomas, et al
                Plaintiff

vs

Sprint International
Communication Corp, et al
                Defendants

CASE NO. 05-CV-1422
DIVISION NO. 3
Chapter 60

MOTION:
Requesting defendant to pay
monetary funds of 500,000.00
to the Plaintiff immediate by
use of a money order.

Plaintiff has filed a motion title " Plaintiff's motion of objection of the Final
Approval of Class Action Settlement." And Affidavit by the Plaintiff, see (Exhibit A
title " Plaintiff's motion of objection of the Final Approval of class Action settlement"
filed Oct 27, 2006) And see Exhibit B Affidavit And Exhibit C Compelling

discovery

      This Court Dismissed this case with prejudice filed Nov 8-2006, The district
Court judge Daniel A. Duncan Granted the motion for Final Approval of the Class
Action settlement. This court Noted on 52. stated " This court shall retain jurisdiction
over this case to Assure implementation of the settlement Agreement And to resolve any issues
that may arise with respect to the interpretation of the settlement Agreement, including but
Not limited to the scope of the releases contained therein as well as any issues in regard the
decisions of the claims Administrator."

      This is including the notice the Plaintiff has received about JAN 12 2007

07 0069

FILED
JAN 12 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Schedule Date of 17th of November 20006. That the Plaintiff has been ~~dawed~~ to deprive to Attend.

The Plaintiff Request monetary funds of 500,000,00, because this court Retain jurisdiction over this case to assure the implementation of the settlement Agreement And the Plaintiff has received Nothing involving this Agreement.

Therefore the Plaintiff has ~~beet~~ been Not giving Notice of benefit of the Agreement. Nor outcome over the benefit of this Agreement.

The Plaintiff Request the defendant to pay of monetary funds of 500,000, 00. breach the Agreement of offering the Plaintiff the benefit of the Agreement.

Dated:

Respectfully Submitted

# EXHIBIT COVER PAGE

A

EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: __1__ pages.

JURISDICTION: (Check only one)

- ☐ Municipal Court
- ☐ Superior Court
- ☐ Appellate Court
- ☐ State Supreme Court
- ☒ United States District Court
- ☐ State Circuit Court
- ☐ United States Supreme Court
- ☐ Grand Jury

Ad-seg FAG -cell-122
CSP- 3A Case 1:07-cv-00069-CKK    Document 1    Filed 01/12/2007    Page 8 of 22
P.O. Box 290001
Represa, CA. 95671

IN THE DISTRICT COURT OF WYANDOTTE COUNTY,
KANSAS TWENTY- NINTH JUDICIAL DISTRICT

Tom Lundberg.
Keith Thomas, et al
  Plaintiff
VS.
Sprint Corporation, et al
  Defendants.

CASE NO. 02CV-4551
DIVISION NO.3
CHAPTER 60

---

Greg Benney
Keith Thomas, et al
  Plaintiff
VS.
Sprint International
Communication Corp, et al
  Defendants.

CASE NO. 05CV-1422
DIVISION NO.3
CHAPTER 60

FILED
2006 OCT 27 AM 10:38
CLERK DISTRICT COURT
WYANDOTTE COUNTY KANSAS
DEPUTY

Plaintiff's motion of objection of the Final
<u>Approval of class Action settlement</u>

Plaintiff herein, ~~associate~~ with et al, hereby Request An objection of the final
Approval of the terms of the class Action settlement Agreement baseupon the
Plaintiff Affidavit and memorandum and with the filing of each et al either or
with the Plaintiff Affidavit and memorandum or individually, in support of this
Objection of the Final Approval of class Action settlement by the defendant file,
Plaintiff Refer herein to the Affidavit and memorandum file with this motion.

Dated: Oct 19, 2006

Respectfully submitted

CDC T-67081
Pro se litigant

Ad-Seg
CMC 1-07051
CSP-SAC
P.O. Box 290001
Represa, Ca. 95671

IN THE DISTRICT COURT OF WYANDOTTE COUNTY,
KANSAS TWENTY-NINTH JUDICIAL DISTRICT

Tom Lundberg
Keith Thomas, et al
    Plaintiff

CASE NO. 02CV-4551
DIVISION NO.3
Chapter 60

VS.

SPRINT CORPORATION, et al
    Defendants,

Greg Benney
Keith Thomas, et al
    Plaintiff

CASE NO. 05CV-1422
DIVISION NO.3
Chapter 60

VS

SPRINT INTERNATIONAL
COMMUNICATIONS CORP, et al
    Defendants,

Plaintiff's memorandum in support of the
objection of the Final approval of Class Action settlement

Plaintiff is a party of the settlement Agreement in both Benny and Lundberg

1. Benney settlement class consist of Benny subclass 1, Benny subclass 2, Benney

Subclass 3 and Benny subclass 4. Plaintiff is a party of the Lundberg settlement

class consist of Lundberg subclass 1, Lundberg subclass 2, Lundberg subclass 3

and Lundberg subclass 4.

Refering to defendants procedural Background of both Benny

procedural History And A. And Procedural History of Lundberg, Barnes,

Brigman and Albaisa. B, both consolidate it into one

Benny Asserting claims Against Sprint Related to Sprints marketing,

sale and billing of wireless telephone services, on behalf of a Nationwide class consisting

of individuals who purchased wireless telecommunications service from Sprint and who

were charged Regulatory fees.

In his petition, plaintiff alleged, Among other things, that: (1) Sprint violated

Consumer protection Laws by making misleading and deceptive statements regarding the

Regulatory fees, which defendants have charged their customer in the United States,

(2) Sprint breached contracts with him and the class members by charging the

1  Regulatory Fees, the "Rate increase" in the Monthly billing statement,

2  And (3) Sprint was unjustly enriched by collecting the Regulatory Fees.

3      Lundberg, Barnes, Brigman and Albaisa asserting claims against Sprint

4  relating to its marketing, sale and billing of wireless telephone services, including claims

5  that Sprint offered wireless phone service without properly disclosing limitations on

6  the coverage, capacity and geographic scope of the Sprint wireless network (including,

7  but not limited to, the availability or claimed necessity of software upgrades to phone

8  handsets) as well as dropped customer calls and the failure to connect

9  customer calls (hereinafter referred to as "Coverage and Capacity issues").

10      Refering to C. of the defendant, "Discovery and settlement
   Negotiation

11  Plaintiff herein denies and object to the defendants "Discovery and settlement

12  Negotiation and refer to Plaintiff's Affidavit [1]

13      Refering to D. of the defendant "The proposed stettlement 1 and 2

14  Plaintiff herein denies and object to the defendant's " The proposed settlement 1 and.

15  And refer to Plaintiff's Affidavit [2]

16      Refering to E of the defendant's "Preliminary Approval of the
   Settlement

17  Plaintiff herein denies and object to the defendants "Preliminary Approval of the

18  Settlement and refer to the Plaintiff's Affidavit [3]

19      Refering to F. of the defendant's "Dissemination of Notice to
   the Settlement Class

20  Plaintiff herein denies and object to the defendant's "Dissemination of notice

21  to the settlement class, and Allege that the Plaintiff has read notice of class

22

23  Action in the USA Today magazine to to be a part of class Action settlement,

24  and not by Sprint computerized billing information, when Sprint refrain to give

25  Plaintiff notice of the class Action, when Plaintiff having billing statement

26  And is on the billing list of Sprint see Exhibit A, Adverse Account, Transunion

27  Credit report Dated 8-30-2006,

28  The AFNI is holding this billing Account by Sprint. Plaintiff refer to Affidavit [4]

II. Factual Background
(A. The Relevant FCC Requirement)

Plaintiff is herein allege denies and object to the defendant's "II. Factual background A. The Relevant FCC Requirement and Refer to Plaintiffs and Affidavit's [5]

Referring to the defendant's III. Argument A. B. C. D. E. F. G

Plaintiff is herein allege denies and object to the defendant's III Arguments, A. B. C, D, E, F. and G. and refer to the Plaintiff affidavit [6].

Plaintiff's Arguments of the objection
of the Final Approval of class Action settlement

1. The Rate Increase in monthly billing statement.

Plaintiff apply for Sprint in 1990, and 1996, billing the Plaintiff 50.00 for Sprints service, now Sprint is billing the Plaintiff 79.00, this is a 29.00 Rate increase, is it fair, see Exhibit A.

2. Regulatory Fees.

Sprint omit and fail to ensure the Plaintiff that its existing and prospective customers would understand the purpose of the Regulatory Fees and to recover the cost of compliance with the FCC's mandated program by using the FCC's Order as guidance. And misleading Regulatory Fe

3. Coverage and capacity issues

Sprints omit and fail to ensure the Plaintiff inform the present to existing and prospective customers about the coverage and capacity issues to the Plaintiff

CONCLUSION

1. Sprints damage the Plaintiff credit report
2. Increase Rate of Plaintiff billing statement Arbitrarily.
3. Omit and fail to inform Plaintiff of Regulatory Fees, in all matters.
4. Omit and fail to inform Plaintiff of coverage and capacity issues
   Plaintiff request 90,000.00 for losses and damages and object
   to the Final Approval of class Action settlement. respectfully submitted

Dated: Oct 19, 2006

# EXHIBIT COVER PAGE  B

EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: **5** pages.

JURISDICTION: (Check only one)

- ☐ Municipal Court
- ☐ Superior Court
- ☐ Appellate Court
- ☐ State Supreme Court
- ☒ United States District Court
- ☐ State Circuit Court
- ☐ United States Supreme Court
- ☐ Grand Jury

Rd-seg FAC Cell-132
CSP SAC
P.O. Box 290001
REPResa, CA. 95671

IN THE DISTRICT COURT OF WYANDOTTE COUNTY,
KANSAS TWENTY-NINTH Judicial DISTRICT

Tom Lundberg
Keith Thomas, et al
    PlAINTIFF

CASE NG. 02CV-4955
DIVISION NO. 3
Chapter 60

VS

SPRINT CORPORATION, et al
    DefendAnts

Greg Renny
Keith Thomas, et al
    PlAINTIFF

CASE NO. 05CV-1422
DIVISION NO. 3.
Chapter 60

VS

SPRINT INTERNATIONAL
COMMUNICATION CORP, et al
    Defendants

## Affidavit of Keith Thomas

I, Keith Thomas, being duly sworn According to Law, depose And say;

I Am An confine inmate in prison in California department of correction At CSP-SAC prison level 4 maximum security under scrutinized Restriction within this prison. I've written the FCC many time whom Refuse to Response to mine letter of request for information dealing with Regulatory Fee dealing wireless telecommunication. The Law Library at this prison has no books dealing with the FCC NOR F.C.C.R. The sprints wireless telecommunication practice Are governed by Federal communications, commission (FCC) And I can not Research the present Law to cite in the defense of myself.

I can not bring this issue to FCC involving sprints Activities because of the my letters not being Response to by FCC through the Administrative procedure Act. Refering to the defendant memorandum in support of final Approval of class Action Settlement. C. "Discovery And settlement Negotiations" I can not Research KANSAS Law because this Law Library has no book on KANSAS Law. I cannot

Obtain Federal Register, Document obtain the address to the Missouri Attorney General to dispute the issues. Referring D. The Proposed Settlement". I cannot benefit from the proposed settlement because Sprint damage my credit report and increase rate of my billing.

I'm referring to E. preliminary approval of the settlement this settlement ought to be denied. because this settlement refrain to compensate the damage by Sprints,

Referring to F. Dissemination of Notice to the settlement class. Sprint has not given me notice of this class settlement I am on their billing statement see (Exhibit A.) I've received this notice by reading the USA today newspaper.

Referring II Factual BackGround. A. The Relevant FCC Requirement, I cannot research the Federal Communications Act nor C.F.R nor F.C.C.R the Law Library at this prison has nothing of these items. I need these legal material to cite citation against sprints for their arbitrary regulatory fee and increase rate of billing.

Referring to II Factual Back Ground. A. The Relevant FCC Requirement 1. Sprint provided subscribers with clear and conspicuous disclosures regarding regulatory fees and coverage and capacity issues.

These Taxes require sprint to pay for their taxes from the income they make. Not tax the customer to pay for their taxes, The Sprints is increase rate just to pay for their taxes, there all regulatory fee, and surcharges are increase so sprint can pay their taxes. When the income of Sprints is enough where sprints do not need to increase rate of billing to pay for their taxes.

The increase rate billing is very Arbitrary and it violate my Entitle Right under the 5th Amendment and 14th Amendment of sec 2.

I am a party of the Benney settlement class and the Lundberg Settlement class, subclass I through 4 for both of them. I cannot litigate within this prison because the Law Library carry nothing of books involving

1 FCC KANSAS LAW AND MISSOURI LAWS

2 I'm asking for a discovery and donation by people to assist me with my

3 defense against Sprint.

4   I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief

5

6 Dated : Oct 19/2006

Respectfully Submitted

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT COVER PAGE $\boxed{A}$

EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: _____1_____ pages.

JURISDICTION: (Check only one)

☐ Municipal Court
☐ Superior Court
☐ Appellate Court
☐ State Supreme Court
☒ United States District Court
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury



File Number:
Page:                1 of 2
Date Issued:         08/30/2006

TransUnion

# Personal Information

**Name:**           KEITH PREZELL THOMAS

**Other Names:**    KEITH,THOMAS
You have been on our files since 07/1988

**SSN:**            XXX-XX-5686
Your SSN is partially masked for your protection.

## CURRENT ADDRESS

**Address:**        290001 C 121ST POB 29001 CSP FC 7
                    REPRESA, CA 95671
**Date Reported:**  02/1997

## PREVIOUS ADDRESS

**Address:**        831 W 64TH ST
                    LOS ANGELES, CA 90044
**Date Reported:**  01/1997

**Address:**        0 TEHACHAPI PRISO,
                    TEHACHAPI, CA 93561

## EMPLOYMENT DATA REPORTED

**Employer Name:**   STAFF MARK          **Position:**
**Date Reported:**   08/2000             **Hired:**

Special Notes: Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if an item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

# Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|-----|---|-----|-----|-----|-----|-----|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

# Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in ›brackets‹ or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

**AFNI #2005050515**
POB 3427
BLOOMINGTON, IL 61702
(888) 827-6002

**Balance:**            $79
**Date Updated:**       04/2003
**Original Amount:**    $79
**Original Creditor:**  SPRINT

**Pay Status:**         ›COLLECTION ACCOUNT‹
**Account Type:**       OPEN ACCOUNT
**Responsibility:**     INDIVIDUAL ACCOUNT

**Remarks:** ›PLACED FOR COLLECTION‹
**Date placed for collection:** 02/2003
**Estimated date that this item will be removed:** 03/2008

**AMERICAN AGENCIES #3917784**
2158 W 190TH ST
POB 2829
TORRANCE, CA 90504-6103
(800) 521-4956

**Balance:**            $311
**Date Updated:**       07/2006
**Original Amount:**    $154
**Original Creditor:**  05  PB PACBELL
**Past Due:**           ›$311‹

**Pay Status:**         ›COLLECTION ACCOUNT‹
**Account Type:**       OPEN ACCOUNT
**Responsibility:**     INDIVIDUAL ACCOUNT

**Remarks:** ›PLACED FOR COLLECTION‹
**Date placed for collection:** 12/2002
**Estimated date that this item will be removed:** 09/2007

# EXHIBIT COVER PAGE

C

EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: __2__ pages.

JURISDICTION: (Check only one)

- ☐ Municipal Court
- ☐ Superior Court
- ☐ Appellate Court
- ☐ State Supreme Court
- ☒ United States District Court
- ☐ State Circuit Court
- ☐ United States Supreme Court
- ☐ Grand Jury

CRE T-C 1081

Ad-Sec...

C JF SAC

P.O. Box 290001

ReplesA, CA. 95671

IN THE DISTRICT COURT OF WYANDOTTE COUNTY,
KANSAS TWENTY - NINTH Judicial DISTRICT

Tom Lundberg,
Keith Thomas, etai
     Plaintiff

CASE No. 02 cv-4551
Division No. 3
chapter 60

VS.

SPRINT CORPORATION, etai
     Defendant,

---

Greg Benney
Keith Thomas, etai
     Plaintiff

case No. 05 cv-1422
Division No. 3
chapter 60

VS

SPRINT INTERNATIONAL
Communication, corp, etai
     Defendant

Motion:
Compelling discovery

Plaintiff herein move this court for A compelling discovery against defendants
to produce And send to the Plaintiff these documents; A copy of:

1. Produce And send to the Plaintiff your contract to do business in the
   State of California, Kansas And Missouri.

2. Produce And send to the Plaintiff the entire Regulatory Fees, sprints
   making.; And coverage And capacity issues and the USA Regulatory
   Obligations And Fees

3. Produce And send to the Plaintiff All billing statement since 1990 to
   the present. ( Plantiff) Also.

4. Produce And send to the Plaintiff A copy the Federal E911, Federal
   wireless member Pooling And Portability.

5. Produce And send to the Plaintiff the FCC Rules of Regulatory Fee
   in its entirety, A copy of:

6. Produce And send to the Plaintiff A copy of your TAX RETURN
   Since 1990 to the present consisting of filing sprints Taxes.

7. Produce And send to the Plaintiff A copy of the Federal program

1

8. Produce And send Plaintiff A copy of the surcharges And fees in its entirety. As well As Taxes And surcharges

9. Plaintiff Request FCC to Produce And send to the Plaintiff A copy of the Federal Communications Act, The wireless telecommunication Act, F.C.C.R in its entirety And C.F.R in its entirety, Federal programs in its entirety.

These document CAN show that Sprints has violated the Plaintiffs entitle Right.

Dated: Oct 19, 2006

respectfully submitted

Keith Thomas
CDC T-67001
CSP- SACRAMENTO
Ad-seg FA7 Cell-104
P.O. Box 290007
Repnesa, CA. 95671

IN THE DISTRICT COURT OF WYANDOTTE COUNTY
KANSAS Twenty-NINTH Judicial DISTRICT

Tom Lundberg
Keith Thomas, et al)
    Plaintiff

VS

Sprint CORPORATION, et al)
    Defendants

CASE NO. 02 CV-4551
DIVISION NO. 3
Chapter 60

Greg Benney
Keith Thomas,
    Plaintiff

VS

Sprint INTERNATIONAl
COMMUNICATION CORP, et al)
    Defendants

CASE NO. 05-CV-1422
DIVISION NO. 3
Chapter 60

Notice of Appeal

Plaintiff herein file A Notice of Appeal in the district court of WYANDOTTE Kansas twenty-NINTH Judicial DISTRICT entry the judgment filed Nov 8, 20006, within this District Court, involving the Granted motion for FINAL Approval of the class Action settlement, whom the Plaintiff issue the one, the violation of the Plaintiff Rights herein Attached Exhibit A, Exhibit B, And Exhibit C, And Attached to this Notice of Appeal A declaration Affidavit for filing A late Notice of Appeal involving this Action.

Dated:

Respectfully Submitted

Keith Thomas
CDC T-67081
CSP-Sacramento
Ad-Seg FA7 ccil404
P.O. Box 290001
Represa, Ca. 95671

IN THE DISTRICT COURT OF WYANDOTTE COUNTY
KANSAS Twenty-Ninth Judicial DISTRICT

Tom Lundberg
Keith Thomas, et al
                    Plaintiff

CASE No. 02 CV-4551
DIVISION No. 3
Chapter 60

VS

Sprint Corporation, et al
                    Defendant

Greg Benny,
Keith Thomas,
                    Plaintiff

CASE No. 05 CV-1422
DIVISION No. 3
Chapter 60

VS

Sprint International
Communication corp, et al
                    Defendant

Declaration
Affidavit

The Plaintiff herein make this affidavit to show why the Plaintiff delay in filing a timely Notice of Appeal. The Plaintiff has been place in administrative Segregation unit Security Housing mavium level Oct 24, 2006. The Plaintiff legal property has been confiscated by person guard and the Plaintiff cannot obtain his legal property, See Exhibit A, CDC 114-D Administrative Segregation unit placement Notice. Also the Plaintiff has been Hospitalize at U.C. Davis for surgery from 11-27-2006 to Dec 7, 2006. See Exhibit B. Acknowledgement of Receipts Therefore this is the reason for the late filing of the Notice of Appeal

I declare under the penalty of perjury that the foregoing is true And correct,

Dated:

Respectfully submitted,

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|

I (a) PLAINTIFFS

Keith Thomas

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro Se (NJP)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

DEFENDANTS

John Doe, Chief Commissioner of the FCC

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

A

CASE NUMBER   1:07CV00069

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 01/12/2007           --- __FT

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

## III CITIZENS
FOR PLAINTIFF

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ☐ A. Antitrust | ☐ B. Personal Injury/ Malpractice | ☐ C. Administrative Agency Review | ☐ D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☒ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General ☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) <br><br> *(If pro se, select this deck)* | ☐ 895 Freedom of Information Act ☐ 890 Other Statutory Actions (if Privacy Act) <br><br> *(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act ☐ 720 Labor/Mgmt. Relations ☐ 730 Labor/Mgmt. Reporting & Disclosure Act ☐ 740 Labor Railway Act ☐ 790 Other Labor Litigation ☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act) ☐ 443 Housing/Accommodations ☐ 444 Welfare ☐ 440 Other Civil Rights ☐ 445 American w/Disabilities-Employment ☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance ☐ 120 Marine ☐ 130 Miller Act ☐ 140 Negotiable Instrument ☐ 150 Recovery of Overpayment & Enforcement of Judgment ☐ 153 Recovery of Overpayment of Veteran's Benefits ☐ 160 Stockholder's Suits ☐ 190 Other Contracts ☐ 195 Contract Product Liability ☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 USC 552

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23     **DEMAND $** _____     Check YES only if demanded in complaint **JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☒ YES ☐ NO     If yes, please complete related case form.

**DATE** 1-12-07     **SIGNATURE OF ATTORNEY OF RECORD** NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd