Keith Thomas,
CDC# C7081
CSP. Sacramento
A5U FA7 cell 104
P.O. Box 290001
Represa, CA. 95671

**FILED**
JAN 12 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

07 0069

Keith Thomas
  Plaintiff

                                        Affidavit

V.

John Doe, chief Commissioner
of Federal Communication Commission
  Defendant

Plaintiff is a prisoner at the California Sacramento prison. The Plaintiff has filed a complaint pursuant to 42. U.S.C 1983 and 14th amendment section 2. Plaintiff herein allege with this affidavit show this court that he has nothing of monetary fund to pay the cost of the filing fee of 350.00, see Exhibit A, certificate of Funds in prisoner's account and Exhibit B, inmate trust account statement.

The Plaintiff cannot pay for the filing fee of 350.00 and the Plaintiff cannot know in the future if the Plaintiff will receive any monetary fund to pay the cost of the filing fee of 350.00

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Dec 19, 2006

                                        Respectfully submitted
                                        [signature]

3

Keith Thomas
CDCR-C7081
CSP-Sacramento
ASU FA7 cell 104
P.O. Box 290001
Represa, CA. 95671

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Keith Thomas
   Plaintiff

Supplement Affidavit

V

John Doe, chief commissioner
of Federal communication commission
   Defendants

Plaintiff, proceeding pro se, has submitted the requisite financial information pursuant to 28. U.S.C § 1915 (A)(1444). The Plaintiff request this court to review of the financial information and find that Plaintiff is required to pay the statutory filing fee of 350.00 for this action, but is unable to pay any initial partial filing fee in accordance with the provision of 28. U.S.C § 1915 (b)(1)(A) and (B).

Ordered that:
1. The Plaintiff is not required to pay an initial partial filing fee to the United States District court for the District of Columbia
2. The Plaintiff is obligated to for twenty percent of the preceeding month's income credited to his prison account as continued partial payment on the Remaining balance of the 350.00 filing fee.
3. The authorized institution officer shall deduct from Plaintiff's prison account the payment, described above and paid to the Clerk of the United States District court for the District of Columbia each time the amount in the Account exceeds $1.10.00 Until the filing fee is paid
4. A copy of this order shall be furnished to Plaintiff's place of incarceration
5. Plaintiff's application to proceed informa pauperis is granted.

The Plaintiff request this court to do so.

respectfully, submitted

Dated: Dec 19, 2006

RECEIVED
DEC 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region **CSP-CORCORAN**

Log No. 1. **06-1032**  2. _____

Category **11 G**

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: **Thomas**  NUMBER: **T-67081**  ASSIGNMENT: **3A03-101/4**  UNIT/ROOM NUMBER: **4A 2-R cell-21**

**A. Describe Problem:** The pagan is to comply to title 15 CCR 3415 and 3210 (a)(b) and 3211 (a)(b), I'm requesting material and religious food which I'm not receiving involving paganism, that consist of alot of things nor being visit and I can not understand this.

**B. Action Requested:** A visit by paganist, materials, outside community special foods

Inmate/Parolee Signature: _____   Date Submitted: **Feb 7, 2006**

**C. INFORMAL LEVEL** (Date Received: **2-22-06**)

Staff Response: Inmate informed about visiting outside Wiccan Minister. I/m name & Housing will be forwarded to the Wiccan Minister. Any materials that are available will be provided from the Wiccan Minister. Special Religious Diet will have to be verified by Wiccan Minister as being required by faith group doctrine.

Staff Signature: _____   Date Returned to Inmate: **3-1-06**

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

I'm dissatisfied, I'm asserting the religious programs of the Wiccan Ministeries is inadequate, I'm not being visit by a Wiccan Minister nor provided special religious dietary. I've been deprive the necessacity to practice my faith in God/Satan religions, that deprivation cause me to lose weight, sickness, headach and depression being deprive _____

Signature: _____   Date Submitted: **March 5, 2006**

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

RECEIVED
DEC 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT