UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0069 (CKK) |
| ) | |
| JOHN DOE, Chief Commissioner ) | |
| of Federal Communications ) | |
| Commission, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Plaintiff, proceeding *pro se*, filed this action pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. The complaint names "John Doe" as a defendant.

The only proper defendant in a FOIA case is a federal agency. *Jefferson v. Reno*, 123 F. Supp. 2d 1, 3 (D.D.C. 2000); *Whittle v. Moschella*, 756 F.Supp. 589, 596 (D.D.C. 1991). Individual federal employees are not subject to suit under FOIA. *Leinenbach v. U.S. Dep't of Justice*, No. 05-744, 2006 WL 1663506, at *4 (D.D.C. June 14, 2006); *Stone v. Defense Investigative Serv.*, 816 F.Supp. 782, 785 (D.D.C. 1993). Accordingly, it is

ORDERED that the John Doe defendant is DISMISSED. It is

FURTHER ORDERED that the Federal Communications Commission is substituted as the defendant. It is

FURTHER ORDERED that the Clerk of the Clerk issue a copy of the summonses and complaint so that the United States Marshal can effect service of process on the Federal Communications Commission, the Attorney General of the United States, and the United States

07 cv 69
order re service

Attorney for the District of Columbia.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

DATE: April 4, 2007