## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Alberto Gonzales
US Atty. General - DOJ
10th & Constitution Ave., NW
Washington, DC 20530

Civil Action, File Number __07-69  CKK__

__Keith Thomas__

V.

__John Doe__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

____ days, you (or the party on whose behalf you
_____ mplaint in any other manner permitted by law.

07-69 JRT 4-23-07

SENDER: COMPLETE THIS SECTION

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
Alberto Gonzales, A.G.
D.O.J.
10th + Constitution, Ave NW
W.D.C. 20530

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
APR 30 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7004 1160 0004 4136 7888

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

behalf you are being served) must answer the ent by default will be taken against you for the

ipt of Summons and Complaint By Mail was

_____
(MS Official)

COMPLAINT
complaint in the above captioned manner at

_____
r and Street Name or P.O. Box No.

_____
City, State and Zip Code

Signature   **RECEIVED**
            MAY 4 - 2007
Relationship to Entity/Authority to Receive
            NANCY MAYER WHITTINGTON, CLERK
            U.S. DISTRICT COURT
_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense

**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of ___Columbia___

TO:
Federal Communication Commission
445 12th St., W
Washington, DC 20554

Civil Action, File Number __07-69 CKK__

__Keith Thomas__

V.

__John Doe__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, **AND RETURN COPIES 1 AND 2** to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

**YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES.** If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the copies of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ____ days. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

_____ (Signature of Sender/USMS Official)

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

_____ Street Name or P.O. Box No.

_____ City, State and Zip Code

_____ Signature

_____ Relationship to Entity/Authority to Receive

_____ Service of Process

_____ Date of Signature

Form USM-299

---

**PS Form 3811, February 2004** Domestic Return Receipt

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Federal Comm. Commission
445 12th St, SW
W.D.C. 20554

A. Signature X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name) / C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RECEIVED & INSPECTED
APR 30 2007
FCC - MAILROOM

3. Service Type
☒ Certified Mail ☐ Express Mail
☒ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0004 4136 7840

102595-02-M-1540

---

U.S. DISTRICT COURT
NANCY MAYER WHITTINGTON, CLERK

MAY - 4 2007
RECEIVED

MAY 4 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT