UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KEITH THOMAS<br>NO. T67081<br>SACRAMENTO CALIFORNIA STATE PRISON<br>P.O. BOX 290001<br>REPRESA, CA 95671<br><br>            Plaintiff,<br><br>      v.<br><br><br>FEDERAL COMMUNICATION<br>COMMISSION<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-0069 (CCK)<br>Electronic Case Filing |

NOTICE OF ENTRY OF ATTORNEY APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Special Assistant United States Attorney Quan K. Luong as counsel of record for the Defendant in the above-captioned civil action.

Respectfully submitted,

_____/ s / _____
QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555  4th  Street, N.W. - Room  E4417
Washington, D.C. 20530
(202) 514-9150
quan.luong@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of May , 2007, a true and correct copy of the foregoing Notice of Appearance was served by first class United States mail, postage prepaid marked for delivery to:

KEITH THOMAS
NO. T67081
Sacramento California State Prison
P.O. Box 290001
Represa, CA 95671

/ s /
QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530