Keith Thomas
CDC T-62083
DSP-SACRAMENTO
FB4 Cell-204
P O Box 290001
Represa, Ca 95671

**RECEIVED**

JUN 0 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Keith Thomas
        Plaintiff

vs

John Doe, chief commissioner
of Federal Communication
Commission

Civil Action No. 07-0069 (CKK)

Motion: Plaintiff
provide ~~Appoint layman~~ (paralegal)
SUPERVISING ATTORNEY
PURSUANT to the LOCAL RULE

                                    appointing the Plaintiff
Plaintiff herein make this motion of ~~providing a layman~~ (paralegal) with
supervising attorney for the purpose of preparing this case to jury trial and other
conference matter. The Plaintiff need the supervising attorney to gather statutes, cases
and research legal books, articles, Digest, encyclopedias, and shepard citation. The
Plaintiff request this court to grant to appoint a supervising attorney for the
Plaintiff (paralegal) for the preparation of this case pursuant to Local Rule.

                    PRAYER FOR RELIEF

1. Appoint supervising attorney for preparation of case
2. The Appoint of supervising attorney aid case and for the preparation
3. Refusing to appoint supervising attorney will cause and abridge the Plaintiff meanful access to court under U.S.C.A 1st Amendment.

Dated: May 31, 2007

                                    Respectfully submitted