Keith Thomas
CDC T-67081
CSP-SACRAMENTO
FB4-Cell-209
P.O. Box 290001
Represa, Ca 95671

**RECEIVED**
JUN 0 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Keith Thomas
    Plaintiff

vs

John Doe, chief commissioner
of Federal communication
commission

Civil Action No. 07-0069 (CKK)
Motion:
Requesting for D.C. Rule
under Freedom of Information
Act and copy of complaint

Plaintiff herein make this motion for A motion to be granted to send to the Plaintiff the district of columbia Local Rules for the complance of these Rules when filing motion to the district of columbia district court.

### Prayer for Relief

1. Issue Plaintiff the district of columbia Local Rules

### Memorandum of Law

1. Plaintiff to be Receiving District of columbia Local Rule.
2. District of columbia Local Rule aid Plaintiff's motion
3. Refusing to issue district of columbia Local rule abridge the Plaintiff's entitle right to meanful access to the court under U.S.C.A. 1st Amendment
4. Freedom of Information Act

Dated: May 31, 2007

Respectfully submitted

/s/

Proof of Service

Case No. 07-0069-(CKK)   28. U.S.C 1746

Keith Thomas
   Plaintiff

VS

John Doe, Chief commissioner
of Federal Communication
Commission.

I, Keith Thomas, am over the age of eighteen (18) years and I am a party to the within cause of action, my address is: CSP-Sacramento
P.O. Box 290001
Represa, CA 95671

On May 31, 2007, I served the following documents & two motions on the: clerk of court, clerk office, U.S. District court for the District of Columbia U.S Courthouse 333 Constitution Ave N.W washington D.C. 20001, by depositing a true and correct copies, thereof in a seal envelope, within the california sacramento prison mail room and in the United State mail in Represa, california with postage fully prepaid thereon served: Rhonda Field
   (USADC)
   U.S. Dept of Justice,
   U.S. Attorney's office
   555 fourth St. N.W
   washington D.C 20001

I have read the above statements and declare under the penalty of perjury that the law of the state of California that the foregoing is true and correct

Respectfully submitted

Dated: May 31, 2007