UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH THOMAS,<br><br>    Plaintiff,<br><br>        v.<br><br>FEDERAL COMMUNICATIONS<br>COMMISSION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 07-69 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

Defendant has filed to dismiss. Plaintiff is proceeding *pro se*. The Court will rule on Defendant's motion taking into consideration the facts proffered by Plaintiff in his complaint, along with his response or opposition to the motion, and the entire record of the case. If Plaintiff fails to respond to this motion, the Court may assume that the motion is conceded and may grant the motion and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Accordingly, it is

ORDERED that Plaintiff shall respond to the motion to dismiss by **July 28, 2007**.

If Plaintiff does not respond by that date, the Court may treat the motion as conceded.

_____/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Court

DATE:

-1-