# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH THOMAS,                )<br>                                          )<br>           **Plaintiff,**      )<br>                                          )<br>     v.                               )<br>                                          )<br>                                          )<br>FEDERAL COMMUNICATIONS  )<br>COMMISSION,                 )<br>                                          )<br>           **Defendant.**   )<br>_____) | Civil No. 07-0069 (CKK) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Blanche L. Bruce as counsel of record for Defendant and withdraw the appearance of Special Assistant United States Attorney Quan K. Luong.

Dated: September 27, 2007                    Respectfully submitted,

                                                                  /s/
                                                             QUAN K. LUONG


                                                                  /s/
                                                             BLANCHE L. BRUCE
                                                             D.C. Bar No. 960245
                                                             Assistant United States Attorney
                                                             555 Fourth St., N.W.
                                                             Washington, D.C. 20530
                                                             (202) 307-6078