Keith Thomas
ODCT-67081
High Desert State Prison
D-7 Cell 102
P.O. Box 3
Susanville, CA 96127
Pro Se

DEC - 7 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Keith Thomas
    Plaintiff

v.

Federal Communications
Commission
    Defendant

CASE NO 07-69 (CKK)

INJUNCTION

Upon the complaint, the supporting affidavits of plaintiffs, and the memorandum of law submitted herewith, it is:

Ordered that defendant, Federal Communications Commission, At 445 12th St. S.W. Washington D.C. 20554, Chairman Sheila C. Bair, to show cause in room _____ of the United States courthouse, on the day of _____, why a preliminary injunction should not issue pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoining the defendants, their successors in office, agents and employees and all other persons acting in concert and participation with them, from. " Response to the Plaintiff letters Requesting to complete the exhausted administrative remedies under the Administrative Procedure Act 5 U.S.C § 701 et seq for the receiving of Public information; agency rules, opinions, orders, records and proceeding according to title 5 U.S.C 552 (a)(1)(A)(B)(C)(D)(E),(2)(A)(B)(C)(D)(E), Civil Service Reform Act

It is further ordered that the order to show cause, and all other papers Attached to this application, be served on the aforesaid Plaintiff by dated

_____
United States District Judge

Dated:

| PLAINTIFF/PETITIONER: Keith Thomas | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Bruce Darling investigator | |

## FINANCIAL INFORMATION

8. ☐ My pay changes considerably from month to month. *[If you check this box, each of the amounts reported in item 9 should be your average for the past 12 months.]*

9. **MY MONTHLY INCOME**
   a. My gross monthly pay is: .............. $ ∅
   b. **My payroll deductions are** *(specify purpose and amount):*
      (1) _____ $ ∅
      (2) _____ $ ∅
      (3) _____ $ ∅
      (4) _____ $ ∅
      My TOTAL payroll deduction amount is: $ ∅
   c. My monthly take-home pay is
      (a. minus b.): ............. $ ∅
   d. Other money I get each month is *(specify **source** and **amount**; include spousal support, child support, parental support, support from outside the home, scholarships, retirement or pensions, social security, disability, unemployment, military basic allowance for quarters (BAQ), veterans payments, dividends, interest or royalty, trust income, annuities, net business income, net rental income, reimbursement of job-related expenses, and net gambling or lottery winnings):*
      (1) _____ $ ∅
      (2) _____ $ ∅
      (3) _____ $ ∅
      (4) _____ $ ∅
      The TOTAL amount of other money is: $ ∅
      *(If more space is needed, attach page labeled Attachment 9d.)*
   e. **MY TOTAL MONTHLY INCOME IS**
      (c. plus d.): .................. $ ∅
   f. Number of persons living in my home: N/A
      Below list all the persons living in your home, including your spouse, who depend in whole or in part on you for support, **or** on whom you depend in whole or in part for support:

      | Name | Age | Relationship | Gross Monthly Income |
      |---|---|---|---|
      | (1) | | | $ ∅ |
      | (2) | | | $ ∅ |
      | (3) | | | $ ∅ |
      | (4) | | | $ ∅ |
      | (5) | | | $ ∅ |

      The TOTAL amount of other money is: $ ∅
      *(If more space is needed, attach page labeled Attachment 9f.)*
   g. **MY TOTAL GROSS MONTHLY HOUSEHOLD INCOME IS**
      (a. plus d. plus f.): ............. $ ∅

10. **I own or have an interest in the following property:**
    a. Cash ............................ $ ∅
    b. Checking, savings, and credit union accounts *(list banks):*
       (1) _____ $ ∅
       (2) _____ $ ∅
       (3) _____ $ ∅
       (4) _____ $ ∅

    c. Cars, other vehicles, and boats *(list make, year, fair market value (FMV), and loan balance of each):*

       | Property | FMV | Loan Balance |
       |---|---|---|
       | (1) _____ | $ ∅ | $ ∅ |
       | (2) _____ | $ ∅ | $ ∅ |
       | (3) _____ | $ ∅ | $ ∅ |

    d. Real estate *(list address, estimated fair market value (FMV), and loan balance of each property):*

       | Property | FMV | Loan Balance |
       |---|---|---|
       | (1) _____ | $ ∅ | $ ∅ |
       | (2) _____ | $ ∅ | $ ∅ |
       | (3) _____ | $ ∅ | $ ∅ |

    e. Other personal property — jewelry, furniture, furs, stocks, bonds, etc. *(list separately):*
       $ ∅

11. **My monthly expenses not already listed in item 9b above are the following:**
    a. Rent or house payment & maintenance  $ ∅
    b. Food and household supplies           $ ∅
    c. Utilities and telephone               $ ∅
    d. Clothing                              $ ∅
    e. Laundry and cleaning                  $ ∅
    f. Medical and dental payments           $ ∅
    g. Insurance (life, health, accident, etc.) $ ∅
    h. School, child care                    $ ∅
    i. Child, spousal support (prior marriage) $ ∅
    j. Transportation and auto expenses
       (insurance, gas, repair)              $ ∅
    k. Installment payments *(specify **purpose** and **amount**):*
       (1) _____ $ ∅
       (2) _____ $ ∅
       (3) _____ $ ∅
       The TOTAL amount of monthly
       installment payments is:              $ ∅
    l. Amounts deducted due to wage assignments and earnings withholding orders $ ∅
    m. Other expenses *(specify):*
       (1) _____ $ ∅
       (2) _____ $ ∅
       (3) _____ $ ∅
       (4) _____ $ ∅
       (5) _____ $ ∅
       The TOTAL amount of other monthly
       expenses is: ....................... $ ∅
    n. **MY TOTAL MONTHLY EXPENSES ARE**
       (add a. through m.): ............... $ ∅

12. Other facts that support this application are *(describe unusual medical needs, expenses for recent family emergencies, or other unusual circumstances or expenses to help the court understand your budget; if more space is needed, attach page labeled Attachment 12):*

---

**WARNING: You must immediately tell the court if you become able to pay court fees or costs during this action. You may be ordered to appear in court and answer questions about your ability to pay court fees or costs.**

Keith Thomas
CDC T-67081
High Desert State Prison
D-1 Cell-102
P.O. Box 33
Susanville, CA 96127

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No 07-69 (CKK)

Keith Thomas
    Plaintiff

28. U.S.C § 1746
    Affidavit

v

Federal Communication
Commission
    Defendant

1. Plaintiff is a confine prisoner within the State of California in the department of California Correction at High Desert State Prison.

2. While at CSP-Sacramento state prison, the Plaintiff has been writting to the Federal Communication Commission at the office of the Chief FOIA officer and and Sheila C. Bair at 445 12th St. S.W Washington D.C. 20554.

3. The defendants herein are none Responsive to the Plaintiff's letter requesting information, under the title 5. U.S.C 552 (a) (1) (A) (B) (c) (D) (E), (2)(A) (B) (c) (D) (E), for Public information; agency Rules, opinion, orders, records And proceeding, Nor to complete the exhaustion of administrative remedies According to Administrative Procedure act (title 5. U.S.C § 701 et seq)

4. The Plaintiff's has Requested from the mail room a copy of all legal mail address to the Federal Communication Commission at 445 12th St. S.W. Washington D.C. 20554. The mailroom staff deprive to give the Plaintiff a copy of the mail log of legal mail that deal with the Plaintiff sending correspondence through the U.S. mail system to the defendents herein at Federal Communication Commission at the office of the Chief FOIA officer And Sheila C. Barr at 445 12th St. S.W Washington D.C. 20554.

5. The Plaintiff has made many attempt to communicate with the defendants.

1

7

982(a)(18)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Keith Thomas, CDC T-67081<br>CSP - Sacramento<br>FC7-ACP11-121<br>P.O. Box 290001<br>Represa, CA 95671<br>TELEPHONE NO.:   FAX NO.:<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER: Keith Thomas

DEFENDANT/RESPONDENT: Bruce Darling investigator

CASE NUMBER:

**ORDER ON APPLICATION FOR WAIVER OF COURT FEES AND COSTS**

1. The application was filed on (date): Aug 29, 2006    ☐ A previous order was issued on (date):
2. The application was filed by (name): Keith Thomas
3. ☐ IT IS ORDERED that the application is **granted**  ☐ in whole  ☐ in part (complete item 4 below).
   a. ☐ **No payments.** Payment of all the fees and costs listed in California Rules of Court, rule 985(i), **is waived.**
   b. ☐ **The applicant shall pay** all the fees and costs listed in California Rules of Court, rule 985(i), EXCEPT the following:
      (1) ☐ Filing papers.                      (6) ☐ Sheriff and marshal fees.
      (2) ☐ Certification and copying.          (7) ☐ Reporter's fees* (valid for 60 days).
      (3) ☐ Issuing process and certification.  (8) ☐ Telephone appearance (Gov. Code, § 68070.1(c))
      (4) ☐ Transmittal of papers.              (9) ☐ Other (specify code section):
      (5) ☐ Court-appointed interpreter.
      *Reporter's fees are per diem pursuant to Code Civ. Proc., §§ 269, 274c, and Gov. Code, §§ 69947, 69948, and 72195.
   c. **Method of payment.** The applicant shall pay all the fees and costs when charged, EXCEPT as follows:
      (1) ☐ Pay (specify):        percent.  (2) ☐ Pay: $        per month or more until the balance is paid.
   d. The clerk of the court, county financial officer, or appropriate county officer is authorized to require the applicant to appear before and be examined by the court no sooner than four months from the date of this order, and not more than once in any four-month period. ☐ The applicant is ordered to appear in this court as follows for review of his or her financial status:
      | Date: | Time: | Dept.: | Div.: | Room: |
   e. ☐ The clerk is directed to mail a copy of this order only to the applicant's attorney or to the applicant if not represented.
   f. **All unpaid fees and costs shall be deemed to be taxable costs if the applicant is entitled to costs and shall be a lien on any judgment recovered by the applicant and shall be paid directly to the clerk by the judgment debtor upon such recovery.**
4. ☐ IT IS ORDERED that the application is **denied** ☐ in whole ☐ in part for the following reasons (see Cal. Rules of Court, rule 985):
   a. ☐ Monthly household income exceeds guidelines (Gov. Code, § 68511.3(a)(6)(B); form 982(a)(17)(A)).
   b. ☐ Other (Complete line 4b on page 2).
   c. The applicant shall pay any fees and costs due in this action within 10 days from the date of service of this order or any paper filed by the applicant with the clerk will be of no effect.
   d. The clerk is directed to mail a copy of this order to all parties who have appeared in this action.
5. ☐ IT IS ORDERED that a **hearing** be held.
   a. The substantial evidentiary conflict to be resolved by the hearing is (specify):
   b. The applicant should appear in this court at the following hearing to help resolve the conflict:
      | Date: | Time: | Dept.: | Div.: | Room: |
   c. The address of the court is (specify):
      ☐ Same as above
   d. The clerk is directed to mail a copy of this order only to the applicant's attorney or to the applicant if not represented.

**NOTICE:** If item 3d or item 5b is filled in and the applicant does not attend the hearing, the court may revoke or change the order or deny the application without considering information the applicant wants the court to consider.

**WARNING:** The applicant must immediately tell the court if he or she becomes able to pay court fees or costs during this action. The applicant may be ordered to appear in court and answer questions about his or her ability to pay fees or costs.

Date:

☐ _____  ☐ Clerk, by _____, Deputy
    JUDICIAL OFFICER
                               (Clerk may GRANT in full a nondiscretionary fee waiver; see Cal. Rules of Court, rule 985(d))    Page 1 of 2

Form Adopted for Mandatory Use       **ORDER ON APPLICATION FOR WAIVER OF**        Government Code, § 68511.3;
Judicial Council of California        **COURT FEES AND COSTS (In Forma Pauperis)**  Cal. Rules of Court, rule 985
982(a)(18) [Rev. January 1, 2003]

whom are constantly none responsave to the Plaintiffs letter of request of Radio, Cable net television, Public information; Agency rules, opinions, orders Records and proceeding according to title 5 U.S.C 552 (a) (1) (A) (B) (C) (D) (E), (2) (A) (B) (C) (D) (E)

    I declare under penalty of perjury that the foregoing is true and correct

Dated: Dec 4, 2007

                                                       _____
                                                        Plaintiff signature

| SHORT TITLE: Keith Thomas Bruce Darling investigator | CASE NUMBER |

**CAUSE OF ACTION—Intentional Tort**                                Page _____

(number)
ATTACHMENT TO    [X] Complaint    [ ] Cross-Complaint

(Use a separate cause of action form for each cause of action.)

IT-1   Plaintiff (name): Keith Thomas.

alleges that defendant (name): John Doe (probation officer), Bruce Darling (investigator), John Doe (District Attorney), Don Tresa (prison officer), officer Callow, Mark Campbell (Detective)

[X] Does 1 to 4

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on (date): 2002
at (place): Kings County

(description of reasons for liability):

Defendant John Doe, probation officer omitted and fail to conform to Cal Pen Code 1203.4, 1203.4(a) and 1203, in its entirety, when the Plaintiff Keith Thomas has been arrested for violation of condition of probation. Therefore the Plaintiff was not return to Court for violation of condition of probation in case 00CM7193, in King County Superior Court.

Defendant Bruce Darling omitted and fail to conform to Cal. Const. Art. I sec 30 (c) and Defendant John Doe, District Attorney omitted and fail to conform to Cal. Const. Art. I sec. 30(c) by not given Plaintiff discovery that shown the finger print of the Plaintiff, the envelope of the finger print found on the envelope in case 00CM7193.

Defendant Don Tresa, violated the Plaintiff entitle right of title 15 CCR 3142 (c) by processing the Plaintiff envelope address to Detective Mark Campbell.

Defendant officer Callow omitted and fail to conform to the title 15 CCR 3142 (A) of the Plaintiff entitle right for the Defendant Callow to observed.

Defendant Detective Mark Campbell false gave a report violated the Plaintiff entitle right of Cal. Pen. Code.

Plaintiff refer to Exhibit A, notice of hearing dated Jan 31, 2006. Also the Plaintiff refer to Exhibit B, investigation report of the finger print process. Exhibit C, is the report by defendant Detective Mark Campbell.

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(4)

**CAUSE OF ACTION—Intentional Tort**

American LegalNet, Inc.
www.USCourtForms.com

CCP 425.12

2006 Supp. App. 15-C, p. 7

Memorandum of Law

### Statement of Facts

The defendants violate the Administrative Procedure Act 5.U.S.C §701 and the title 5.U.S.C 552 (a)(1)(A)(B)(C)(D)(E), (2)(A)(B)(C)(D)(E), the Freedom of Information Act, when being none responsive to the Plaintiff's letter of request.

### Rule of Law

The defendants violate the Administrative Procedure Act 5.U.S.C §701, and the title 5.U.S.C 552 (a)(1)(A)(B)(C)(D)(E), (2)(A)(B)(C)(D)(E), and the Freedom of Information Act, when noted to be non responsive to the Plaintiff's letter of request.

### Application

The Plaintiff is in the state prison in the state of California. The Plaintiff has written to the defendants while in prison and the defendants has been none responsive to the Plaintiff letter of request. The Plaintiff only means is writting to the defendants and that is being hinder by the defendant.

### Conclusion

The defendants are being non responsive to the Plaintiff letter of request of Public Information; agency rules, opinions, order, records and proceeding according to title 5 U.S.C 552 (a)(1)(A)(B)(C)(D)(E), (2)(A)(B)(C)(D)(E)

Dated: Dec 4, 2007

Plaintiff signature

| SHORT TITLE: Keith Thomas Bruce Darling investigator | CASE NUMBER |
|---|---|

CAUSE OF ACTION—General Negligence          Page _____

(number)

ATTACHMENT TO  ☒ Complaint   ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Keith Thomas

alleges that defendant *(name):* same as the cause of action of intentional tort

☒ Does ___1___ to __5__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* 2002
at *(place):* King County

*(description of reasons for liability):*

Plaintiff herein refers, (allege) to the attached cause of action— intentional tort

---

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(3)

CAUSE OF ACTION—General Negligence

American LegalNet, Inc.
www.USCourtForms.com

CCP 425.12

2006 Supp. App. 15-C, p. 8

UNITED STATES DISTRICT COURT
DISTRICT OF CALIFORNIA

~~Patrick~~ Keith Thomas
Plaintiff or Petitioner

V.

Federal Communication Commission

Defendant or Respondent

Case Number: 07-69 (CKK)

**PROOF OF SERVICE**

I hereby certify that on (Date) Dec 4, 2007 _____, I served a copy of the attached Injunction and Affidavit Intervening Complaint, by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at High Desert State Prison _____ Sacramento

(List Name and Address of Each Defendant or Attorney Served)

1. U.S. District Court
for the District of Columbia
333 Constitution Ave. NW
Washington DC 20001

2. Central District Court
312 N. Spring St.
LA Ca 90012

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Name of Person Completing Service)