UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Keith Thomas,                              :
                                           :
    Plaintiff,                    :
  v.                                      :      Civil Action No. 07-0069 (CKK)
                                           :
Federal Communications                     :
Commission,                                :
                                           :
    Defendant.                     :

ORDER

In this Freedom of Information Act case, plaintiff moves for a preliminary injunction pursuant to Fed. R. Civ. P. 65(a) to compel defendant to act on his FOIA request. Such extraordinary relief is not available when, as here, the granting of the motion "would be tantamount to granting the final relief sought" from the complaint. *Tax Analysts v. I.R.S.*, 410 F.3d 715, 722 (D.C. Cir. 2005). Accordingly, it is this 9th day of January 2008,

    ORDERED that plaintiff's motion for a preliminary injunction [Dkt. No. 19] is DENIED.

                                            _____s/_____
                                            COLLEEN KOLLAR-KOTELLY
                                            United States District Judge