UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Keith Thomas,                :
                             :
    Plaintiff,        :
  v.                         :    Civil Action No. 07-0069 (CKK)
                             :
Federal Communications       :
Commission,                  :
                             :
    Defendant.        :

## ORDER

For the reasons stated in the accompanying Memorandum Opinion and in the Memorandum Opinion and Order of January 12, 2007, it is

ORDERED that defendant's motion for summary judgment [Dkt. No. 15] is GRANTED; it is

FURTHER ORDERED that plaintiff's motion to dismiss or for summary judgment [Dkt. No. 17] is DENIED; and it is

FURTHER ORDERED that judgment is entered for the defendant. This is a final appealable Order.

_____s/s_____
COLLEEN KOLLAR-KOTELLY
DATE: February 25, 2008            United States District Judge